UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ESTEBAN GARCIA-MENDOZA,<br><br>             Defendant. | NO. CR-09-6027-EFS<br><br>**ORDER ENTERING COURT'S RULINGS FROM SEPTEMBER 10, 2009 HEARING** |

A pretrial conference occurred in the above-captioned matter on September 10, 2009, in Richland. Defendant Esteban Garcia-Mendoza was present, represented by Richard A. Smith. Assistant United States Attorney Gregory M. Shogren appeared on the Government's behalf. Before the Court was the Government's oral motion to dismiss the Indictment. This Order serves to memorialize the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's oral motion to dismiss the Indictment is **GRANTED**. While leave of Court is given to dismiss the Indictment (Ct. Rec. 1), the Court makes no judgment as to the merit or wisdom of this dismissal.

2. The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITH PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

ORDER ~ 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and to provide copies to all counsel, the U.S. Probation
3 Office, the U.S. Marshals, and the Jury Administrator.

**DATED** this ___10th___ day of September 2009.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
               United States District Judge

Q:\Criminal\2009\6027.Dismiss.PTC.wpd

ORDER ~ 2